SALVATORE GIACOBBE, PLAINTIFF-PETITIONER, v. FREDERICK J. GASSERT, Jr., DIRECTOR, *ETC.*, DEFENDANT-RESPONDENT.

See same case below: 51 *N. J. Super.* 111.

*Mr. Frank M. Lario* and *Mr. Joseph Pierce Lodge* for the petitioner.

*Messrs. Carroll, Taylor & Bischoff* for the respondent.

November 10, 1958.  Granted.

THE SADDLE RIVER COUNTRY DAY SCHOOL *ET AL.*, PLAINTIFFS-RESPONDENTS, v. THE BOROUGH OF SADDLE RIVER *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 51 *N. J. Super.* 589.

*Mr. Warren Dixon, Jr.,* for the petitioners.

*Mr. James A. Major* for the respondents.

November 10, 1958.  Granted.